IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

VS.                              CRIMINAL NO. 3:03cr14LN

TEDDY COTTON and
BRUCK MICHAEL WILLIAMS

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the indictment filed January 8, 2003, against the defendants.

DUNN LAMPTON
United States Attorney

By: _____
G. W. BOND
Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 18th day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE